IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00513-WDM-BNB

PATRICK A. RODRIGUEZ,

    Plaintiff,

v.

EDWARD DAVID AND
CITY AND COUNTY OF DENVER,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation and Motion for Order of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 29, 2005.

                                                BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge

PDF FINAL